UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; UMG
RECORDINGS, INC., a Delaware
corporation; ARISTA RECORDS LLC,
a Delaware limited liability
company; ELEKTRA ENTERTAINMENT
GROUP INC., a Delaware
corporation; PRIORITY RECORDS
LLC, a California limited
liability company; BMG MUSIC, a
New York general partnership; and
VIRGIN RECORDS AMERICA, INC., a
California corporation,

      Plaintiffs,

  -against-

GAIL THURMOND,

      Defendant.
------------------------------X

ORDER

Civil Action No.
CV-06-1230(DGT)

Trager, J.:

On September 16, 2009, Magistrate Judge Robert M. Levy issued a Report and Recommendation in the above-captioned matter. On September 24, 2009, a copy of the Report and Recommendation was mailed to pro se defendant. No objections were filed and as such, the Court adopted the Report and Recommendation on October 21, 2009.

However, on October 30, 2009, the mailed copy of the Report and Recommendation was returned as undeliverable because of an incorrect address. The Court then re-sent the Report and Recommendation to defendant and granted her 20 additional days to

object to it. On November 16, 2009, the second mailed copy of the Report and Recommendation was returned as undeliverable because defendant refused delivery. On November 23, 2009, the Court attempted to contact defendant via telephone using a phone number provided by defendant, but was unable to do so because the number was no longer in service.

As such, the Court now adopts in full the recommendation contained in the Report and Recommendation. The Clerk of the Court is directed to enter judgment accordingly and to close the case.

Dated: Brooklyn, New York
November 24, 2009

SO ORDERED:

s/David G. Trager
―――――――――――――――――――
David G. Trager
United States District Judge

Copy mailed to:
181 Park Avenue
Garden City Park, NY 11040
Attention- Gail Thurmond